**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-10007-CIV-MOORE/SIMONTON**

SANDY'S CAFÉ, LLC, a Florida Limited
Liability Company,
    Plaintiff,
v.

INOCENTE O. SANTIAGO, JR., an individual,
and M&M LAUNDRY, INC., a Florida corporation,
    Defendants.
_____/

M&M LAUNDRY, INC.,
    Counter-Plaintiff,
v.

SANDY'S CAFÉ, LLC,
    Counter-Defendant,
_____/

M&M LAUNDRY, INC.,
    Third-Party Plaintiff,

v.

FERNANDO CACERES, an individual,
SANDY'S BAKERY AND CAFE LLC.,
a Florida limited liability company, and
SANDY'S CAFE ON THE GO LLC,
a Florida limited liability company,
    Third Party Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant, SANDY'S CAFÉ, LLC, Third-Party Defendants, FERNANDO CACERES, SANDY'S BAKERY AND CAFE LLC, and SANDY'S CAFE ON THE GO LLC, and Defendant, INOCENTE O. SANTIAGO, JR., and Defendant/Counter-

1

Plaintiff, M&M LAUNDRY, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismiss this action, *with prejudice*, with each Party to bear its own fees and costs.

**Dated: September 28, 2018.**

Respectfully submitted,

| | |
|---|---|
| The Concept Law Group, P.A.<br>6400 North Andrews Avenue, Suite 500<br>Fort Lauderdale, Florida 33309<br>T: (754) 300-1500<br><br>By:/s/ Alexander D. Brown<br>ALEXANDER D. BROWN, ESQ.<br>FLA. BAR NO. 0752665<br>ABrown@ConceptLaw.com<br>ADAM S. GOLDMAN, ESQ.<br>FLA. BAR NO. 86761<br>AGoldman@conceptlaw.com<br>*Counsel for Plaintiff/Third-Party Defendants* | Malloy & Malloy, P.L.<br>2800 S.W. 3rd Ave.<br>Miami, FL 33129<br>T: (305) 858-8000<br><br>By: /s/ Meredith Frank Mendez<br>Meredith Frank Mendez<br>Florida Bar No. 502,235<br>mmendez@malloylaw.com<br>Jonathan Woodard<br>Florida Bar No. 96,553<br>jwoodard@malloylaw.com<br>Jessica Neer McDonald<br>Florida Bar No. 125,559<br>jnmcdonald@malloylaw.com<br><br>and<br><br>Horan & Higgins, LLP<br>608 Whitehead Street<br>Key West, Florida 33040<br>T: (305) 294-4585<br><br>Darren M. Horan<br>Florida Bar No. 89077<br>*Counsel for Defendants/Counter-Plaintiff/*<br>*Third-Party Plaintiff* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 28, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

By:   /s/ Alexander D. Brown